E FILED IN OFFICE O
CLERK OF STATE COUR
GWINNETT COUNTY, GEORGI

**21-C-01913-S**

3/17/2021 10:18 AI

TIANA P. GARNE

## AFFIDAVIT OF SERVICE

| Case: 21-C-01913-S4 | Court: State Court of Gwinnett County | | County: Gwinnett | Job: 5455108 (03132101) |
|---|---|---|---|---|
| Plaintiff / Petitioner: LYNDA DOWELL | | | Defendant / Respondent: QUIK TRIP | |
| Received by: Absolute Serve Attorney Services | | | For: THE FOSTER FIRM | |
| To be served upon: QUIK TRIP R/A CT CORPORATION SYSTEM | | | | |

I, Kelvin Stinyard, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** QUIK TRIP R/A Linda Banks, CT CORPORATION SYSTEM, 289 S CULVER ST, LAWRENCEVILLE, GA 30046

**Manner of Service:** Registered Agent, Mar 15, 2021, 11:00 am EDT

**Documents:** SUMMONS, COMPLAINT

**Additional Comments:**
1) Successful Attempt: Mar 15, 2021, 11:00 am EDT at 289 S CULVER ST, LAWRENCEVILLE, GA 30046 received by QUIK TRIP R/A Linda Banks, CT CORPORATION SYSTEM. Age: 60; Ethnicity: Caucasian; Weight: 140; Height: 5'; Hair: Gray;

_____   2/16/2021
Kelvin Stinyard            Date

Absolute Serve Attorney Services
2470 WINDY HILL RD SE Ste 438
MARIETTA, GA 30067
5012570404

Subscribed and sworn to before me by the affiant who is personally known to me.

_Jessica Graham_
Notary Public

3/16/21            3/2/22
Date            Commission Expires




EXHIBIT
B

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-01913-S4**
**4/13/2021 4:12 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| LYNDA DOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 21-C-01913-S4 |
| QUIKTRIP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEMAND FOR TWELVE-MEMBER JURY TRIAL

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially without submitting to the jurisdiction and venue of this Court, and demands a trial by a twelve-member jury in the above styled action.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

> Keith R. Foster, Esq.
> The Foster Firm LLC
> One Crown Center
> 1895 Phoenix Blvd., Ste. 110
> Atlanta, Ga 30349

This 13th day of April, 2021.

DOWNEY & CLEVELAND, LLP

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-01913-S4**
**4/13/2021 4:12 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| LYNDA DOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 21-C-01913-S4 |
| QUIKTRIP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that on the date shown, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, served copies of the following pleadings:

1. Defendant's First Continuing Interrogatories to Plaintiff;
2. Defendant's First Request for Production of Documents to Plaintiff; and
3. Defendant's First Request for Admissions to Plaintiff.

by depositing same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Keith R. Foster, Esq.
The Foster Firm LLC
One Crown Center
1895 Phoenix Blvd., Ste. 110
Atlanta, Ga 30349

This 13th day of April, 2021.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**


By:＿＿＿/s/ Sean L. Hynes＿＿＿＿＿
　　　SEAN L. HYNES
　　　Georgia State Bar No. 381698
　　　hynes@downeycleveland.com
　　　Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

>Keith R. Foster, Esq.
>The Foster Firm LLC
>One Crown Center
>1895 Phoenix Blvd., Ste. 110
>Atlanta, Ga 30349

This 13th day of April, 2021.

DOWNEY & CLEVELAND, LLP

By:___/s/ Sean L. Hynes_____
      SEAN L. HYNES
      Georgia State Bar No. 381698